### BRILL et al. v. PECKHAM MFG. CO.

(Circuit Court of Appeals, Second Circuit. January 9, 1905.)

#### No. 201.

PATENTS—VALIDITY—CAR TRUCKS.

An order granting a preliminary injunction against infringement of the Brill patents, Nos. 627,898 and 627,900, for a car truck, reversed on the authority of a decision of an appellate court adjudging such patents invalid.

Appeal from the Circuit Court of the United States for the Southern District of New York.

For opinion below, see 129 Fed. 139.

Charles H. Duell, for appellant.

Edmund Wetmore and Francis Rawle, for appellees.

Before WALLACE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM. Upon the authority of North Jersey Street Railway Company v. John A. Brill (decided by the Circuit Court of Appeals for the Third Circuit on January 4, 1905) 134 Fed. 580, the order granting an injunction is reversed, with costs.